**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRIAN SMITH, | ) | NO. CV 10-9372-GHK(E) |
|         Petitioner, | ) | |
|   v. | ) | ORDER ADOPTING FINDINGS, |
| RANDY GROUNDS, | ) | CONCLUSIONS AND RECOMMENDATIONS OF |
|         Respondent. | ) | UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice, but without leave to amend.

///
///
///
///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment
3 herein by United States mail on Petitioner.
4
5  LET JUDGMENT BE ENTERED ACCORDINGLY.
6
7  DATED: 1/21/11.

```
                                   _____
                                          GEORGE H. KING
                                   UNITED STATES DISTRICT JUDGE
```