**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRIAN SMITH, | ) | NO. CV 10-9372-GHK(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| RANDY GROUNDS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: 1/21/11.

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE